IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLAND CONSERVANCY,
and SIERRA CLUB.

          Plaintiffs,

v.                      CIVIL ACTION NO.   3:15-4101

HOBET MINING, LLC,

          Defendant.

### ORDER

Pending are the Parties' Joint Motions to Lift the Stay in this case, ECF No. 15, and to Substitute Parties, ECF No. 16. Having reviewed these motions, the Court **GRANTS** both. As such, the Court **DIRECTS** the clerk to:

- lift the stay entered in this case on June 16, 2015, ECF No. 6;

- dismiss Hobet Mining, LLC from this case and add ERP Environmental Fund, Inc. as a party defendant in its place; and

- adjust the style of this case to reflect this substitution of parties.

Pursuant to the agreement between the parties, the Court **GRANTS** ERP Environmental Fund, Inc. until February 19, 2016 to file its answer to the Complaint, ECF No. 1.

The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                  ENTER:       December 3, 2015

                                  ROBERT C. CHAMBERS, CHIEF JUDGE